**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: COEN, CATHERINE L.        § Case No. 09-29649
                                 §
                                 §
Debtor(s)                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

  JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $254,418.00 *(without deducting any secured claims)* | Assets Exempt: $44,000.00 |
| Total Distribution to Claimants: $11,660.23 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $64,769.64 | |

  3) Total gross receipts of $ 119,480.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 43,050.13 (see **Exhibit 2**), yielded net receipts of $76,429.87 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 64,769.64 | 64,769.64 | 64,769.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 11,660.23 | 11,660.23 | 11,660.23 |
| **TOTAL DISBURSEMENTS** | $0.00 | $76,429.87 | $76,429.87 | $76,429.87 |

    4) This case was originally filed under Chapter 7 on August 13, 2009. The case was pending for 44 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/09/2013       By: /s/JOHN E. GIERUM
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lawsuit Debtor v. Lake County Circuit Court (Bac | 1129-000 | 119,480.00 |
| **TOTAL GROSS RECEIPTS** | | **$119,480.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Catherine L. Coen | Wild Card Exemption | 8100-002 | 4,000.00 |
| COEN, CATHERINE L. | First and Final Distribution | 8200-002 | 39,050.13 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$43,050.13** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 7,063.91 | 7,063.91 | 7,063.91 |
| Lois West, Popowcer Katten, Ltd. | 3410-000 | N/A | 989.00 | 989.00 | 989.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 114.25 | 114.25 | 114.25 |
| Christopher M. Kennedy | 3210-600 | N/A | 42,500.00 | 42,500.00 | 42,500.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | | 236.44 | 236.44 | 236.44 |
| The Bank of New York Mellon | 2600-000 | N/A | | 167.46 | 167.46 | 167.46 |
| United States Treasury | 2810-000 | N/A | | 10,331.00 | 10,331.00 | 10,331.00 |
| Illinois Department of Revenue | 2820-000 | N/A | | 3,216.00 | 3,216.00 | 3,216.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 151.58 | 151.58 | 151.58 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $64,769.64 | $64,769.64 | $64,769.64 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Volkswagen Credit | 7100-000 | N/A | 4,549.30 | 4,549.30 | 4,549.30 |
| 1I | Volkswagen Credit | 7990-000 | N/A | 67.85 | 67.85 | 67.85 |
| 2 | U.S. Bank N.A. | 7100-000 | N/A | 6,939.58 | 6,939.58 | 6,939.58 |
| 2I | U.S. Bank N.A. | 7990-000 | N/A | 103.50 | 103.50 | 103.50 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $11,660.23 | $11,660.23 | $11,660.23 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-29649  
**Case Name:** COEN, CATHERINE L.

**Period Ending:** 04/09/13

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 08/13/09 (f)  
**§341(a) Meeting Date:** 09/04/09  
**Claims Bar Date:** 03/09/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Single Family Home 1009 Franklin Ave., Winthrop  Orig. Asset Memo: Imported from original petition Doc# 1 | 220,000.00 | 0.00 | | 0.00 | FA |
| 2  Checking Account 1 Acct. Consumers Co-op C.U. &  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 3  Savings Account Consumers Co-op C.U.  Orig. Asset Memo: Imported from original petition Doc# 1 | 13.00 | 13.00 | | 0.00 | FA |
| 4  T.V., Furniture  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5  Normal Apparel  Orig. Asset Memo: Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 6  ERISA Qualified I.M.R.F.  Orig. Asset Memo: Imported from original petition Doc# 1 | 22,000.00 | 0.00 | | 0.00 | FA |
| 7  Lawsuit Debtor v. Lake County Circuit Court (Bac  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000,000.00 | 996,000.00 | | 119,480.00 | FA |
| 8  2007 Volkswagon Beetle- Leased  Orig. Asset Memo: Imported from original petition Doc# 1 | 10,605.00 | 2,494.00 | | 0.00 | FA |
| 9  1, Dog  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 9  Assets  Totals (Excluding unknown values) | **$1,254,418.00** | **$999,707.00** | | **$119,480.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    all Checks cleared, ready for TDR

Printed: 04/09/2013 09:41 AM    V.13.13

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-29649     **Trustee:** (520171) JOHN E. GIERUM
**Case Name:** COEN, CATHERINE L.     **Filed (f) or Converted (c):** 08/13/09 (f)
    **§341(a) Meeting Date:** 09/04/09
**Period Ending:** 04/09/13     **Claims Bar Date:** 03/09/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2012     **Current Projected Date Of Final Report (TFR):** October 14, 2012 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 09-29649 | | **Trustee:** | JOHN E. GIERUM (520171) |
| **Case Name:** | COEN, CATHERINE L. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******87-65 - Checking Account |
| **Taxpayer ID #:** | **-***7942 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 04/09/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/16/12 | {7} | Judy Baar Topinka | Settlement | 1129-000 | 119,480.00 | | 119,480.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 114.25 | 119,365.75 |
| 06/27/12 | 1001 | Catherine L. Coen | Wild Card Exemption | 8100-002 | | 4,000.00 | 115,365.75 |
| 06/27/12 | 1002 | Christopher M. Kennedy | Special Counsel Fees | 3210-600 | | 42,500.00 | 72,865.75 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 236.44 | 72,629.31 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 167.46 | 72,461.85 |
| 08/23/12 | 1003 | United States Treasury | 2012 Form 1041 / EIN 38-6997942 | 2810-000 | | 10,331.00 | 62,130.85 |
| 08/23/12 | 1004 | Illinois Department of Revenue | 2012 Form IL-1042 / EIN 38-6997942 | 2820-000 | | 3,216.00 | 58,914.85 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 151.58 | 58,763.27 |
| 11/12/12 | 1005 | JOHN E. GIERUM | First and Final Distribution | 2100-000 | | 7,063.91 | 51,699.36 |
| 11/12/12 | 1006 | Lois West, Popowcer Katten, Ltd. | First and Final Distribution | 3410-000 | | 989.00 | 50,710.36 |
| 11/12/12 | 1007 | Volkswagen Credit | First and Final Distribution | 7100-000 | | 4,549.30 | 46,161.06 |
| 11/12/12 | 1008 | U.S. Bank N.A. | First and Final Distribution | 7100-000 | | 6,939.58 | 39,221.48 |
| 11/12/12 | 1009 | Volkswagen Credit | First and Final Distribution | 7990-000 | | 67.85 | 39,153.63 |
| 11/12/12 | 1010 | U.S. Bank N.A. | First and Final Distribution | 7990-000 | | 103.50 | 39,050.13 |
| 11/12/12 | 1011 | COEN, CATHERINE L. | First and Final Distribution | 8200-002 | | 39,050.13 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 119,480.00 | 119,480.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 119,480.00 | 119,480.00 | |
| | | | Less: Payments to Debtors | | | 43,050.13 | |
| | | | **NET Receipts / Disbursements** | | **$119,480.00** | **$76,429.87** | |

{} Asset reference(s)

Printed: 04/09/2013 09:41 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-29649 | | **Trustee:** | JOHN E. GIERUM (520171) |
| **Case Name:** | COEN, CATHERINE L. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******87-66 - Checking Account |
| **Taxpayer ID #:** | **-***7942 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 04/09/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 04/09/2013 09:41 AM    V.13.13

# Form 2

## Cash Receipts And Disbursements Record

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 09-29649 | | **Trustee:** | JOHN E. GIERUM (520171) |
| **Case Name:** | COEN, CATHERINE L. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****784965 - Checking Account |
| **Taxpayer ID #:** | **-***7942 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 04/09/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******87-65** | 119,480.00 | 76,429.87 | 0.00 |
| **Checking # 9200-******87-66** | 0.00 | 0.00 | 0.00 |
| **Checking # ****784965** | 0.00 | 0.00 | 0.00 |
| | $119,480.00 | $76,429.87 | $0.00 |